**KALIELGOLD PLLC**
Sophia G. Gold (SBN 307971)
*sgold@kalielgold.com*
490 43rd Street, No. 122
Oakland, California 94609
Tel: (202) 350-4783

**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
*jkaliel@kalielpllc.com*
Amanda J. Rosenberg (SBN 278507)
*arosenberg@kalielgold.com*
1100 15th Street NW, 4th Floor
Washington, D.C.  20005
Tel: (202) 350-4783

**EDELSBERG LAW, P.A.**
Scott Edelsberg (SBN 330990)
*scott@edelsberglaw.com*
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (305) 975-3320

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN DAWSON and JAMIE BROWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, SHIPT, INC., and DOES 1- 50, inclusive,<br><br>Defendants. | Case No. 3:24-cv-08167-AMO<br><br>**PLAINTIFF JAMIE BROWN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**Hon. Araceli Martinez-Olguin** |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jamie Brown hereby gives notice that this action is dismissed without prejudice as it pertains to Plaintiff Jamie Brown individually. Plaintiff Dylan Dawson intends to continue pursuing his claims against both Target Corporation and Shipt, Inc.

Dated: April 11, 2025

**KALIELGOLD PLLC**

By: */s/ Sophia Goren Gold*
    Jeffrey D. Kaliel
    Sophia G. Gold
    Amanda J. Rosenberg

**EDELSBERG LAW, P.A.**
Scott Edelsberg (SBN 330990)
*scott@edelsberglaw.com*
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: (305) 975-3320

*Attorneys for Plaintiffs and the Putative Class*

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)